MAX KRINSKY *v.* JOHN B. WHITNEY ET AL.

The motion by the defendants to dismiss the appeal from the Municipal Court of New Haven in New Haven County is granted.

*Arthur H. Ratner,* with whom was *Nathan Reback,* for the appellees (defendants).

*Herman N. Horwitz,* for the appellant (plaintiff).

Argued February 5—decided February 5, 1963

FRANK SHARKIEWICZ *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT, ET AL. (No. 5279)

The motion by the named defendant to dismiss the appeal from the Superior Court in Hartford County is granted.

*Harry Silverstone,* assistant attorney general, for the appellee (named defendant).

No appearance for the appellant (plaintiff).

Argued February 5—decided February 5, 1963

FRANK SHARKIEWICZ *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT, ET AL. (No. 5280)

The motion by the named defendant to dismiss the appeal from the Superior Court in Hartford County is granted.

*Harry Silverstone,* assistant attorney general, for the appellee (named defendant).

No appearance for the appellant (plaintiff).

Argued February 5—decided February 5, 1963